UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
UNITED STATES OF AMERICA                         :
:
     -v.-                                               :
:
JOSE SOTO-ESPINOZA, and                          :          S1 08 Cr. 146 (AKH)
JORGE GONZALEZ,                                  :
:
     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY
ARIANNA R. BERG ON BEHALF OF THE UNITED STATES

    The Government respectfully submits this Notice that the undersigned Assistant United States Attorney is representing the Government in the above-referenced matter.

Dated:  New York, New York
         March 25, 2008

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney

                By:    s/Arianna Berg
                      Arianna R. Berg
                      Assistant United States Attorney
                      United States Attorney's Office,
                      Southern District of New York
                      One St. Andrew's Plaza
                      New York, New York 10007
                      (212) 637-2551 (phone)
                      (212) 637-2937 (fax)

CERTIFICATE OF SERVICE

Arianna R. Berg deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on March 25, 2008, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY ARIANNA R. BERG ON BEHALF OF THE UNITED STATES by electronic filing notification:

Deveraux Cannick, Esq.
69-06 Grande Avenue
Maspeth, New York 11378

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

s/Arianna Berg
Arianna R. Berg

Executed on:   March 25, 2008
              New York, New York