USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/08

**AIELLO & CANNICK**
Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
FAX (718) 803-9764
Email: AandC6906@aol.com

Robert J. Aiello
Deveraux L. Cannick

Jennifer A. Fremgen

**Of Counsel**

Anthony M. Dattoma
Lyn A. Perrotta

NEW YORK OFFICE
(By Appointment Only)

(212) 233-3335

April 14, 2008

VIA FACSIMILE – (212) 805-7942
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007
Attention: Honorable Alvin K. Hellerstein

RECEIVED APR 1 4 2008 CHAMBERS OF ALVIN K. HELLERSTEIN

Re:   United States v. Jorge Gonzalez
      S1 08 Cr. 146 (AKH)

Dear Judge Hellerstein:

I write to respectfully request an adjournment in the above referenced matter which is scheduled for a pre-trial conference before Your Honor on Wednesday, April 16th, 2008 at 10:30 a.m. I am currently engaged in the homicide trial in the matter of People v. Michael Wells before the Honorable Steven Barrett in Bronx County. Please know that I have obtained the consent of the AUSA Marshall Kamp in this matter.

As I will not have court on Fridays because of my client's religious beliefs, I respectfully request this matter be adjourned until Friday, April 18th, 2008 or any Friday in April convenient to the Court.

Thanking you in advance,

**MEMO ENDORSED**

Very truly yours,

Deveraux L. Cannick

cc: AUSA Marshall Kamp

*The conference is adjourned & time is excluded, to May 1, 2008 at 11:30am.*

*4-16-08*
*[signature]*