

**AIELLO & CANNICK**
Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
**(718) 426-0444**
FAX (718) 803-9764
Email: AandC6906@aol.com



Robert J. Aiello
Deveraux L. Cannick
―――
Jennifer A. Fremgen

**Of Counsel**
―――
Anthony M. Dattoma
Lyn A. Perrotta

**NEW YORK OFFICE**
(By Appointment Only)

(212) 233-3335

June 19, 2008

**VIA FACSIMILE – (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

*[handwritten notation: The conf is adjourned at the req of the def't to July 28 at 10:30 a.m. 6-20-08]*

    **Re:    United States v. Jorge Gonzalez**
         **Docket No.:  08 CR 00146 (AKH-2)**

Dear Judge Hellerstein:

    Jorge Gonzalez is scheduled to appear before Your Honor on June 25th, 2008 at 4:00 p.m. for a status conference.  Inasmuch as he has yet to receive certain documents that he wishes the Government to consider when making its determination as to whether they will offer him a misdemeanor disposition, we respectfully request that this conference be rescheduled to a date in mid or late July, 2008.

    We have discussed our request with Assistant United States Attorney Arianna Berg and she does not object to our request.

    Thank you in advance for your consideration.

               Very truly yours,

               *Deveraux L. Cannick*
               Deveraux L. Cannick

DLC/mw
cc:  AUSA Arianna Berg

# MEMO ENDORSED